JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/21/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beardog Publishing Company, a Texas corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>Geoff Stradling,<br><br>　　　　Defendant. | No. 2:17-cv-00913-FMO-AJW<br>_____<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*(Assigned to the Honorable Fernando M. Olguin)* |

The Court having reviewed the parties Notice of Settlement and Stipulation to Dismiss with Prejudice and good cause appearing:

IT IS HEREBY ORDERED, dismissing the above captioned cause with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 21st day of June, 2017.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　The Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge

1